### WILSON v. VALLIN.

(Supreme Court, Appellate Term. November 7, 1900.)

CONVERSION—JUDGMENT—COSTS—MUNICIPAL COURT.
Where, in action in the municipal court for conversion, the judgment is in the plaintiff's favor, it should include damages and such disbursements and fees as are allowed by statute, and the costs deemed proper by the court in its discretion, and within the limits prescribed by Consol. Act, § 1420, authorizing the taxation of certain costs when the recovery is over $50.

Appeal from municipal court, borough of Manhattan, Second district.

Action by Andrew Wilson against Joseph Vallin. From a judgment in favor of defendant, plaintiff appeals. Reversed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

C. E. Thornall, for appellant.

PER CURIAM. As the action was for conversion, the judgment, if in plaintiff's favor, should have been for the damages and such disbursements and fees as the statute allows, and such costs as the trial justice in his discretion deemed proper, within the statutory limit. Section 1420, Consol. Act. Judgment reversed, and a new trial ordered, with costs to abide the event.